1  FRANCIS O. SCARPULLA (SB 41059)
   LAW OFFICES OF FRANCIS O. SCARPULLA
2  44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
3  Telephone: (415) 788-7210
   Facsimile: (415) 788-0707
4
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | Civil No. 3:03 C 03359 SBA |
| Plaintiffs, | CLASS ACTION |
| v. | LODGMENT OF OBJECTIONS TO CLASS ACTION SETTLEMENT |
| FEDERATED DEPARTMENT STORES, INC., et al., | Date: June 8, 2004<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>The Hon. Saundra Brown Armstrong |
| Defendants. | |

Attached hereto as exhibits 1-24 are the objections to the proposed settlement of this class action received prior to March 26, 2004, the cut-off date for receipt of timely objections. Attached as Exhibit 25 is an objection from the Washington Legal Foundation, which appears to be untimely. Attached hereto as Exhibit 26 is an objection from Jessica Anne Thayer which is untimely. A list follows which indicates the exhibit number assigned to the objections, the names of the objectors, the number of that objection as assigned by Rust Consulting, the Claims Administrator, as well as the postmark:

| | | | |
|---|---|---|---|
| Exhibit 1 | Mrs. C.A. Butler-Turner | #1 | post-marked 2/3/04 |
| Exhibit 2 | Zenno Styles | #2 | post-marked 2/4/04 |
| Exhibit 3 | Leilani Butz | #3 | post-marked 2/4/04 |

| | | | |
|---|---|---|---|
| Exhibit 4 | Norma Young | #4 | post-marked 2/27/04 |
| Exhibit 5 | Kertrena Dawson | #5 | post-marked 3/2/04 |
| Exhibit 6 | Shirley L. Rogers | #6 | post-marked 3/10/04 |
| Exhibit 7 | James M. Sharp | #7 | post-marked 3/12/04 |
| Exhibit 8 | Susan Casenza, *et al.* | #8 | post-marked 3/17/04 |
| Exhibit 9 | Audrey Manka | #9 | post-marked 3/25/04 |
| Exhibit 10 | Hanna Feldman | #10 | post-marked 3/22/04 |
| Exhibit 11 | Nikki Hurst Gibson | ## 11, 13, 19, 22 | post-marked 3/19/04 |
| Exhibit 12 | Nina Renaud | #12 | post-marked 3/16/04 |
| Exhibit 13 | Tamara Mixon | ## 14, 21 | post-marked 3/26/04 |
| Exhibit 14 | Sharon A. Harris, *et al.* | #15 | post-marked 3/26/04 |
| Exhibit 15 | Jane Curtman-Schroeder | #16 | post-marked 3/26/04 |
| Exhibit 16 | Lisa M. Rice | #17 | post-marked 3/25/04 |
| Exhibit 17 | Joyce Sproule | #18 | post-marked 3/26/04 |
| Exhibit 18 | Sheila Horn | #20 | post-marked 3/23/04 |
| Exhibit 19 | Grace Wright | #23 | post-marked 3/23/04 |
| Exhibit 20 | Wendy Bullock | #24 | post-marked 3/24/04 |
| Exhibit 21 | Robby G. Fetcher, *et al.* | ##27, 29 | post-marked 3/26/04 |
| Exhibit 22 | Kamela Wilkinson | #30 | post-marked 3/26/04 |
| Exhibit 23 | Patricia Corbin | #33 | post-marked 3/26/04 |
| Exhibit 24 | Attorneys General of the States of PA, AL, AZ, CO, HI, KS, MA, MS, NM, TN, WI | ## 31, 32 | post-marked 3/26/04 and 3/27/04 |
| Exhibit 25 | Tracy Lynn Anderson, *et al.* | ## 25, 28 | post-marked 3/27/04 may be untimely |
| Exhibit 26 | Jessica Anne Thayer | #26 | post-marked 3/27/04 untimely |

Dated: May 24, 2004

LAW OFFICES OF FRANCIS O. SCARPULLA

By: *[signature]*
Francis O. Scarpulla
Attorneys for Plaintiffs