1

2

3

4

5                                    IN THE UNITED STATES DISTRICT COURT

6                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    FATEMAH AZIZIAN, *et al.*,                        No. C 03-3359 SBA

9              Plaintiffs,                             **ORDER**

10   v.

11   FEDERATED DEPARTMENT STORES,
     INC., *et al.*,
12

13              Defendants.

14   _____/

15        Good cause appearing,

16        IT IS HEREBY ORDERED THAT the hearing on final approval of class settlement and on award

17   of attorney fees and costs is CONTINUED from November 16, 2004 to **Tuesday, December 7, 2004**

18   **at 1:00 p.m.**   The briefing schedule set forth in the Court's June 30, 2004 Order [Docket No. 235] is

19   unchanged.

20        IT IS SO ORDERED.

21

22                                              /s/ Saundra Brown Armstrong

23   Dated:  9-13-04                            SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
24

25

26

27

28