United States District Court
For the Northern District of California

1
2  IN THE UNITED STATES DISTRICT COURT
3  FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5
6
7  FATEMAH AZIZIAN, et al.,                              No. C 03-3359 SBA
8           Plaintiffs.                                  <u>CLASS ACTION</u>
9       v.                                              **ORDER**
10 FEDERATED DEPARTMENT STORES, et al.,                  [Docket Nos. 494, 510]
11          Defendants.
12 _____

13      This matter comes before the Court on Plaintiffs' ex parte application for order shortening time for
14 hearing on Motion to Require Objectors to Post Bond on Appeal [Docket No. 510]. Having read and
15 considered the ex parte application, and for good cause showing,
16      IT IS HEREBY ORDERED THAT Plaintiffs' ex parte application for order shortening time for hearing
17 on Motion to Require Objectors to Post Bond on Appeal [Docket No. 510] is GRANTED.
18      IT IS FURTHER ORDERED THAT Plaintiffs' Motion to Require Objectors to Post Bond on Appeal
19 [Docket No. 511] shall be heard on **<u>July 26, 2005 at 1:00 p.m.</u>** The Court, in its discretion, may adjudicate
20 the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.
21      IT IS FURTHER ORDERED THAT objectors Grace Wright and Kamela Wilkinson shall file an
22 opposition to Plaintiffs' Motion to Require Objectors to Post Bond on Appeal **<u>on or before July 14, 2005</u>**
23 **<u>at 4:00 p.m.</u>** Plaintiffs shall file their reply, if any, **<u>on or before July 19, 2005 at 4:00 pm.</u>**
24      IT IS FURTHER ORDERED THAT the Joint Motion for an Order of Reference to the Special
25 ///
26 ///
27 ///
28 ///

1  Master [Docket No. 494] is DENIED AS MOOT.
2       IT IS SO ORDERED.
3
4  Dated: 7-7-05                    /s/ Saundra Brown Armstrong
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge