United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | No. C 03-3359 SBA |
| Plaintiffs. | CLASS ACTION |
| v. | **ORDER** |
| FEDERATED DEPARTMENT STORES, et al., | [Docket Nos. 475, 521, 523] |
| Defendants. | |

_____

WHEREAS, on May 25, 2004, this Court issued an Order pursuant to Rules 23(h)(4), 53, and 54(d)(2)(D) of the Federal Rules of Civil Procedure appointing the Honorable Charles B. Renfrew as a Special Master in this case; and

WHEREAS, on June 17, 2004, this Court entered an Order pursuant to Rule 53(b)(4) of the Federal Rules of Civil Procedure, revising the May 25, 2004 Order of Reference; and

WHEREAS, on March 30, 2005, this Court entered a Final Judgment approving the settlement of the above-captioned action and awarding attorney's fees and costs, and delegating to the Special Master the authority to conduct further proceedings with regard to the administration of the settlement; and

WHEREAS, on May 17, 2005, the Coordinated Objectors filed a Motion to Compel Class Counsel's Time Sheets and Expenses [Docket No. 475] relating to the current proceedings before the Special Master concerning the administration of the settlement; and

WHEREAS, on July 18, 2005, Objector Grace Wright filed a Motion for Protective Order [Docket No. 521], also relating to the current proceedings before the Special Master concerning the administration of the settlement;

//

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Coordinated Objectors' Motion to Compel Class Counsel's Time Sheets and Expenses [Docket No. 475] is REFERRED to the Special Master, pursuant to the May 25, 2004 Order of Reference, the June 17, 2004 Order, and the March 30, 2005 Final Judgment;

2. Objector Grace Wright's Motion for Protective Order [Docket No. 521] is REFERRED to the Special Master, pursuant to the May 25, 2004 Order of Reference, the June 17, 2004 Order, and the March 30, 2005 Final Judgment; and

3. Objector Grace Wright's Ex Parte Application to Shorten Time on the Motion for Protective Order [Docket No. 523] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: 8-9-05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

2