IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | No. C 03-3359 SBA |
| Plaintiffs. | CLASS ACTION |
| v. | **ORDER AMENDING ORDER** |
| FEDERATED DEPARTMENT STORES, et al., | [Docket No. 539] |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Order Granting in Part and Denying in Part Plaintiff's Motion for Bond on Appeal [Docket No. 539], filed on August 9, 2005, is AMENDED such that the figure on 3:11 shall read "$6,416,750.90" instead of "$6,412,750.90." This amendment solely corrects a typographical error in the Order; it does not change the substance of the Order.

IT IS SO ORDERED.

Dated: 8-10-05

SAUNDRA BROWN ARMSTRONG
United States District Judge