IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | No. C 03-3359 SBA |
| Plaintiffs. | <u>CLASS ACTION</u> |
| v. | **ORDER** |
| FEDERATED DEPARTMENT STORES, et al., | [Docket Nos. 566] |
| Defendants. | |

_____

WHEREAS, on May 25, 2004, this Court issued an Order pursuant to Rules 23(h)(4), 53, and 54(d)(2)(D) of the Federal Rules of Civil Procedure appointing the Honorable Charles B. Renfrew as a Special Master in this case; and

WHEREAS, on June 17, 2004, this Court entered an Order pursuant to Rule 53(b)(4) of the Federal Rules of Civil Procedure, revising the May 25, 2004 Order of Reference; and

WHEREAS, on March 30, 2005, this Court entered a Final Judgment approving the settlement of the above-captioned action and awarding attorney's fees and costs, and <u>delegating to the Special Master the authority to conduct further proceedings with regard to the administration of the settlement</u>; and

WHEREAS, on August 9, 2005, the Court issued an Order clarifying that the Coordinated Objectors' Motion to Compel Class Counsel's Time Sheets and Expenses [Docket No. 475] and Objector Grace Wright's Motion for Protective Order [Docket No. 521] were REFERRED to the Special Master, pursuant to the May 25, 2004 Order of Reference, the June 17, 2004 Order, and the March 30, 2005 Final Judgment; and

WHEREAS, on September 19, 2005, Objector Kamela Wilkinson filed a Motion for Protective Order [Docket No. 566] relating to the current proceedings before the Special Master concerning the administration of the settlement;

NOW THEREFORE, IT IS HEREBY ORDERED THAT Objector Kamela Wilkinson's Motion for

1  Protective Order [Docket No. 566] is REFERRED to the Special Master, pursuant to the May 25, 2004
2  Order of Reference, the June 17, 2004 Order, and the March 30, 2005 Final Judgment. Additionally, the
3  Court hereby reminds all parties, and especially Objector Kamela Wilkinson, that <u>matters relating to the</u>
4  <u>administration of the settlement have been referred to the Special Master and are therefore to be heard in the</u>
5  <u>first instance by the Special Master and NOT to be noticed for hearing in this Court.</u>  The parties are also
6  reminded of their obligation to <u>meet and confer</u> prior to filing any motions with this Court.

7      IT IS FURTHER ORDERED THAT all parties are directed to review and familiarize themselves with
8  this Court's standing orders and, specifically, the requirement that the parties lodge with the Clerk's Office a
9  printed copy of all papers filed in connection with any e-filed motions.

10      IT IS SO ORDERED.

12  Dated: 9-21-05         *Saundra B Armstrong*
                            SAUNDRA BROWN ARMSTRONG
                            United States District Judge