# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| FATEMAH AZIZIAN, et al. | Civil No. 3:03 CV-03359 SBA |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **ORDER DENYING OBJECTOR KAMELA WILKINSON'S MOTION FOR AN ORDER DIRECTING THE CLERK TO ACCEPT $2,000.00 TO BE APPLIED TO THE COURT'S AUGUST 9, 2005 BOND ORDER** |
| FEDERATED DEPARTMENT STORES, INC., et al. | |
| Defendants. | |

On August 9, 2005, this Court issued an Order [No. 539] determining that Objector Kamela Wilkinson was jointly and severally liable for a bond of $42,000 under Fed. R. App. 7. The order required that the bond be posted within 14 days of its date.

Objector Wilkinson sought no stay of this order. Instead, her counsel on August 19 attempted to tender to the clerk the sum of $2,000, the portion of the bond relating to copying and service costs of appellate briefs. The clerk refused to accept anything less than the full bond amount ordered by the Court.

On August 22, Objector Wilkinson filed a motion [No. 522] for an order directing the Clerk to accept $2,000 to be applied to the Court's August 9 bond order. She did not post the required bond amount on the date mandated by that order.

59531.1

[PROPOSED] ORDER DENYING OBJECTOR KAMELA WILKINSON'S MOTION FOR AN ORDER DIRECTING THE CLERK TO ACCEPT $2,000.00 TO BE APPLIED TO THE COURT'S AUGUST 9, 2005 BOND ORDER

1  Having reviewed the submissions of Objector Wilkinson and of class counsel
2  [No. 569], the Court determines that no further argument on this motion is necessary.  The
3  Court's August 9 order concerning the amount and timing of payment was clear, and Objector
4  Wilkinson and her counsel have willfully failed to comply with it.  They have demonstrated
5  no good cause for this failure.  To the extent Objector Wilkinson's motion might be
6  interpreted as an attempt to obtain reconsideration of the Court's August 9 order, she and her
7  counsel have failed to comply yet again with Civil Local Rule 7-9.

IT IS HEREBY ORDERED that Objector Wilkinson's motion for an order directing the Clerk to accept $2,000 to be applied to the Court's August 9 bond order [No. 592] is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  October 13, 2005

_____
Honorable Saundra B. Armstrong
United States District Judge