**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | | |
|---|---|---|
| FATEMAH AZIZIAN, *et al.*, | ) | **Civil No. 3:03 CV-03359 SBA** |
| | ) | |
| Plaintiffs, | ) | **CLASS ACTION** |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| | ) | **PERMITTING THE PAYMENT OF** |
| FEDERATED DEPARTMENT STORES, | ) | **FEDERAL AND STATE INCOME** |
| INC., *et al*., | ) | **TAXES ON INTEREST EARNED** |
| | ) | **ON THE FUND** |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated by and between the parties hereto, subject to the order of this Court, that the necessary amounts to pay both the federal and state income taxes on the interest earned on the $24,000,000 fund, created under the Settlement Agreement and by this

///

///

///

1

STIPULATED ORDER PERMITTING PAYMENT OF TAXES ON INTEREST EARNED ON THE FUND

1 Court's Judgment of March 30, 2005, may be withdrawn from that fund.  Nothing herein shall

2 constitute a waiver by any Defendant or any Plaintiff of any of their rights under the

3 Settlement Agreement or otherwise.

4 Dated:  March 7, 2006                  Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 788-7210


By: _____/s/ Francis O. Scarpulla_____
         Francis O. Scarpulla

On Behalf of Class Counsel


Dated:  March _9, 2006                Fredric W. Yerman
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022
Telephone:  (212) 836-8000


By: _____/s/ Fredric W. Yerman_____
         Fredric W. Yerman

On Behalf of Estee Lauder and
on Behalf of All Other Defendants

## ORDER

It is so ordered this _____10th_____ day of March, 2006.

*(signature)*
The Honorable Saundra Brown Armstrong
United States District Judge
Northern District of California

2
STIPULATED ORDER PERMITTING PAYMENT OF TAXES ON INTEREST EARNED ON THE FUND

## PROOF OF SERVICE

I, C.P. Cusick, declare I am over the age of eighteen years and not a party to the within action. My business address is 44 Montgomery Street, Suite 3400, San Francisco, California 94104.

On March 9, 2006, I served by a true copy of the following documents on all parties registered for e-filing in the above-captioned matter:

>STIPULATION AND ORDER PERMITTING
>THE PAYMENT OF FEDERAL AND STATE
>INCOME TAXES ON INTEREST EARNED ON
>THE FUND

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2006, at San Francisco, California.

>   /s/ C.P. Cusick
>C.P. Cusick