IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | No. C 03-3359 SBA |
| Plaintiffs. | CLASS ACTION |
| v. | **ORDER** |
| FEDERATED DEPARTMENT STORES, et al., | [Docket Nos. 451, 475, 609] |
| Defendants. | |

This matter comes before the Court on the Recommendation of the Special Master as to the Allocation of Awarded Fees and Costs to Counsel for the Coordinated Objectors and State Objectors ("Recommendation") [Docket No. 609]. The Special Master's Recommendation addresses the Coordinated Objectors' Motion for Attorney Fees and Expenses [Docket No. 451] and the Coordinated Objectors' Motion to Compel Class Counsel's Time Sheets and Expense Summaries [Docket No. 475], which have been pending before this Court since April 22, 2005 and May 17, 2005, respectively. Given the length of time that these motions have been pending, and given the fact that Class Counsel, the State Objectors, and the Coordinated Objectors have already extensively briefed and argued this issue before the Special Master, the Court finds that Class Counsel, the State Objectors, and the Coordinated Objectors should be in the position to adequately inform the Court of their objections, if any, to the Special Master's Recommendation by the end of this week. The Court also notes that the Special Master's Recommendation clearly indicates that the Coordinated Objectors conceded on the record at the March 8, 2006 hearing that the Motion to Compel Class Counsel's Time Sheets and Expense Summaries was moot.

Accordingly,

IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 53(g), Class

Counsel, the State Objectors, and the Coordinated Objectors shall file any objections to – or motions to modify or adopt – the Special Master's Recommendation **no later than March 31, 2006 at 10:00 a.m.** If Class Counsel, the State Objectors, or the Coordinated Objectors file any objections or motions to modify the Recommendation, the Court will issue a briefing schedule. If no such objections or motions are filed, the Court will deem the matter fully submitted and will issue its ruling on the Recommendation.

IT IS FURTHER ORDERED THAT if the Coordinated Objectors are in agreement that the Motion to Compel Class Counsel's Time Sheets and Expense Summaries is moot, they shall file a short statement with the Court **on or before March 31, 2006 at 10:00 a.m.** indicating that the Motion is withdrawn.

IT IS SO ORDERED.

Dated: 3/28/06

SAUNDRA BROWN ARMSTRONG
United States District Judge