IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, *et al.*, | No. C 03-3359 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 616] |
| FEDERATED DEPARTMENT STORES, INC., *et al.*, | |
| Defendants. | |
| _____ / | |

IT IS HEREBY ORDERED that any oppositions to the Coordinated Objectors Motion to Compel State Attorneys General to File and Serve Petition for Attorneys' Fees and Expenses and Objection to Special Master Renfrew's Recommendation of Attorneys' Fees and Expenses to State Attorneys' General [[Docket No. 616] shall be filed no later than April 18, 2006. The Coordinated Objectors reply brief(s), if any, shall be filed no later than April 25, 2006. Following the completion of this briefing schedule, the matter shall be REFERRED to the Special Master for a report and recommendation. The Coordinated Objectors are responsible for setting the matter for hearing before Special Master Renfrew on or before May 30, 2006. Any objections to the Special Master's report and recommendation shall be filed within ten (10) days of the date the Special Master's report is filed.

IT IS SO ORDERED.

Dated: 4/10/06

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Judge