IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, *et al.*, | No. C 03-3359 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 615, 620] |
| FEDERATED DEPARTMENT STORES, INC., *et al.*, | |
| Defendants. | |

    IT IS HEREBY ORDERED THAT any oppositions to the Coordinated Objectors' Objection to Amended Recommendation of the Special Master [Docket No. 615] shall be filed no later than June 30, 2006. The Coordinated Objectors' reply brief(s), if any, shall be filed no later than July 31, 2006.

    IT IS FURTHER ORDERED THAT any oppositions to Class Counsel's Motion to Adopt Special Master's Report and Recommendation [Docket No. 620] shall also be filed no later than June 30, 2006. The Coordinated Objectors' reply brief(s), if any, shall be filed no later than July 31, 2006.

    IT IS FURTHER ORDERED THAT, following the completion of the briefing schedules set forth herein, the matter shall be deemed submitted on the papers. If the Court determines that a hearing on either the Coordinated Objectors' Objections or Lead Counsel's Motion is necessary, the Clerk will

1 | contact the parties.
2 |      IT IS SO ORDERED.

Dated: 4/10/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge