IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | No. C 03-3359 SBA |
| Plaintiffs. | <u>CLASS ACTION</u> |
| v. | **ORDER** |
| FEDERATED DEPARTMENT STORES, et al., | [Docket Nos. 654, 656] |
| Defendants. | |

This matter comes before the Court on the Special Master's Report and Recommendation filed on May 18, 2006 [Docket No. 654]. Pursuant to the Court's Order dated April 10, 2006, objections to the Special Master's Report and Recommendation were due no later than May 28, 2006. Nevertheless, on June 1, 2006, without seeking leave of Court, the Coordinated Objectors filed their Objections to the May 18, 2006 Report and Recommendation [Docket No. 656]. To aid the Court in its evaluation of this untimely submission, the Court will allow the opposing parties an opportunity to respond.

Accordingly,

IT IS HEREBY ORDERED THAT all responses to the Coordinated Objectors' Objections [Docket No. 656] shall be filed **no later than June 9, 2006.** The responses shall not exceed ten (10) pages.

IT IS SO ORDERED.

Dated: 6/5/06

SAUNDRA BROWN ARMSTRONG
United States District Judge