IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH AZIZIAN, et al., | No. C 03-3359 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| FEDERATED DEPARTMENT STORES, INC., et al., | |
| Defendants. | |

On August 1, 2006, after the close of the briefing scheduled ordered by the Court [Docket No. 631] and without seeking prior leave of Court, the Coordinated Objectors in the above-captioned matter filed Declarations of Michael A. Caddell and Cynthia B. Chapman [Docket No. 675].

Accordingly,

IT IS HEREBY ORDERED THAT the documents captioned "Coordinated Objectors' Notice of Filing of Declarations of Michael A. Caddell and Cynthia B. Chapman," "Declaration of Michael A. Caddell," and "Declaration of Cynthia B. Chapman" [Docket No. 675] are STRICKEN from the record.

IT IS SO ORDERED.

Dated: 8/4/06

SAUNDRA BROWN ARMSTRONG
United States District Judge