1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8          **NORTHERN DISTRICT OF CALIFORNIA**
9          **(OAKLAND DIVISION)**
10

11   FATEMAH AZZIZIAN, *et al.*,          ) CA Civil No. 4:03 C 03359 SBA
                                         )
12              Plaintiffs,               ) **<u>CLASS ACTION</u>**
                                         )
13          v.                            ) **<u>SPECIAL MASTER'S REPORT AND</u>**
                                         ) **<u>RECOMMENDATION</u>**
14   FEDERATED DEPARTMENT                )
     STORES, INC.; *et al.*,              )
15                                        )
                                         )
16              Defendants.              )
                                         )
17   _____ )

18

19                              I.

20                        <u>INTRODUCTION</u>

21          Judge Charles B. Renfrew was appointed Special Master in this case by this Court's

22   Order dated May 25, 2004, pursuant to Rules 23(h)(4), 53, and 54(d)(2)(D) of the FRCP, as

23   revised by this Court's Order of June 17, 2004, pursuant to Rule 53 (b)(4) of the FRCP.

24
25
26
27
28

On March 30, 2005, this Court entered a Final Judgment approving the settlement of this case, and delegating to the Special Master the authority to conduct further proceedings with regard to the administration of the settlement.

Under the terms of the Statement of the Parties, the Coordinated Objectors and Objecting States Concerning the Adequacy of The Proposed Settlement and Plan of Distribution, dated March 8, 2005 (hereinafter the "Statement"), a copy of which is attached hereto as Exhibit A, a Product Review Committee (hereinafter the "PRC") was created, and the Special Master and the PRC were each given certain responsibilities in connection with the product distribution to be conducted under the terms of the settlement of this case.[1]  The specific responsibilities of the Special Master and the PRC under the provisions of the Statement are the following:  (1) Review of the Products to be Distributed; (2) Review of the In-Store Notice; and (3) Review of the Month in Which the Distribution Will Take Place.

The Statement further provides that, "Pursuant to Fed. R. Civ. P. 53, the Special Master will make a report, order or recommendation which the Court shall review pursuant to that rule." (Statement, ¶c)  The following constitutes the Special Master's Report and Recommendation with respect to each of the above-mentioned responsibilities assigned to the Special Master and the PRC under the Statement.

---

[1]    The PRC consists of "three persons from among the counsel representing Class Plaintiffs, one counsel representing the state A.G.s, and one counsel representing the Coordinated Objectors.  (Statement, ¶c)

II.

REPORT AND RECOMMENDATION

A.    Review of the Products to Be Distributed

The Statement provides that the PRC shall review the products to be distributed by Defendants "to ensure that the [products] are consistent, in value, quality and desirability, with the products that heretofore have been presented to the Special Master and the Court in connection with the settlement approval process, and with the terms of the Settlement Agreement." (Statement, ¶c)

The PRC held three meetings, on January 6, 2008, March 19, 2008 and October 2, 2008, respectively, attended by members of the PRC,[2] the Special Master and counsel for the Defendants, at which the products that the various Manufacturer Defendants proposed to include in the product distribution were examined.  The Manufacturer Defendants also furnished to the Special Master and the PRC information demonstrating that the total retail value of the products being included in the product distribution is $175,000,000, as specified in the Settlement Agreement.  Pursuant to Revised Exhibit C to the Settlement Agreement, ¶11, following the product distribution, Defendants will provide Certifications that appropriate product was supplied by the Manufacturer Defendants and was distributed or otherwise properly disposed of by the Department Store Defendants.  Actual samples of each of the proposed products and information about them were presented to the Special Master and the PRC, and representatives

---

[2]    At the various PRC meetings conducted in this matter, the Class Plaintiffs representatives have been Francis Scarpulla, Michele Jackson and Tracy Kirkham; the counsel representing the state A.G.s has been Jennifer Kirk; and the counsel representing the Coordinated Objectors has been Mitchell Toups or his designee.

of the Manufacturer Defendants responded to many questions from the Special Master and

members of the PRC concerning the value, quality and desirability of the products.

The specific products reviewed and ultimately approved by the Special Master and the

PRC are as follows:

> Boucheron (USA) Ltd.:
> Femme Eau de Toilette (1 ounce/30 ml)

> Chanel, Inc.:
> Coco Mademoiselle body lotion (3.4 fluid oz)

> Christian Dior Perfumes, Inc.:
> J'Adore Eau de Parfum (15 ml)

> Clarins U.S.A., Inc. (customers will have a choice of ONE of two products, while supplies last):

> > Clarins Energizing Morning Cream (30 ml)

> > OR

> > Clarins Beauty Flash Bomb (30 ml)

> Conopco, Inc. (distributed by Coty, Inc. on behalf of Conopco, Inc.) (customers will have a choice of ONE of three products, while supplies last):

> > Calvin Klein Euphoria Bath and Shower Crème (6.7 oz)

> > OR

> > Vera Wang Princess Body Polish (5 oz)

> > OR

> > Lovely Sarah Jessica Parker Shower Gel (6.7 oz)

> The Estée Lauder Companies Inc. (customers will have a choice of ONE of two products, while supplies last):

> > Estée Lauder Advanced Night Repair (15 ml/0.5 oz)

> > OR

> > Clinique Moisture Surge (30 ml/1 oz)

> Guerlain, Inc.:

> > My Insolence Eau de Toilette (15 ml)

L'Oréal USA, Inc. (formerly known as Cosmair, Inc.) (customers will have a choice of ONE of eight products, while supplies last):

Lancôme UV Expert 20

OR

Lancôme Cils Design Pro Mascara

OR

Lancôme Fatale Mascara

OR

Lancôme Courbe Virtuose Mascara

OR

Lancôme Primordial Skin Defense OR

OR

Ralph Lauren Romance Shower Gel (6.7 oz.) OR

OR

Giorgio Armani ACM Shower Gel (6.7 oz)

OR

Lancôme Hypnôse Shower Gel

Parfums Givenchy, Inc.:

Very Irresistible Givenchy Eau de Toilette (15 ml)

Based upon their review and examination of the above products, both the members of the PRC and the Special Master unanimously concluded that the above-listed products are consistent in value, quality and desirability with the products that previously had been presented to the Special Master and the Court in connection with this settlement approval process, and with the

terms of the Settlement Agreement in this case, and should be approved for use in the product distribution.

Thus, the Special Master hereby reports that the above-described products have been approved for use in the distribution, and recommends that the foregoing be approved by the Court.

B.    Review of the In-Store Notice

The Statement provides that there shall be an in-store notice of the distribution, which shall be consistent with the notice to be published in fifty newspapers across the country immediately prior to the distribution (referred to as the "back-end" notice), and which shall include the limit of one product per customer. The in-store notice is to be displayed at prominent places in the cosmetics departments of the stores participating in the distribution. The Statement provides that "the contents of the in-store notice and the period during which it will be displayed shall be submitted by Defendants to the Special Master for approval and the . . .PRC. . . for comment at least 90 days prior to the commencement of the distribution." (Statement, ¶b)

On October 2, 2008,[3] a meeting was held among members of the PRC, the Special Master, and representatives of Defendants, at which Defendants submitted the content of the in-store notice and the period during which it would be displayed, for comment by the PRC and for approval for the Special Master.

There was extensive discussion of the content and format of the in-store notice, with numerous comments and suggestions made by members of the PRC. The Special Master invited one of the members of the PRC, the representative of the State AGs, to submit her

---

[3]    As provided in the Statement, ¶b, this was at least 90 days prior to the commencement of the distribution, which, as noted below, is scheduled to take place in January 2009.

proposal for a modified version of the in-store notice, which, following the meeting, she did.  In consultation with the Special Master, additional informal discussions were held between a representative of the Defendants and members of the PRC, which culminated in further modifications, and, ultimately, in an agreed-upon version of the in-store notice that was accepted by all concerned parties, namely, the Defendants, the representative of the State AGs and the other members of the PRC, as meeting the requirements of the Statement.

The Special Master, having reviewed the current version of the in-store notice, a copy of which is attached hereto as Exhibit B, and having considered all of the various comments and suggestions of the PRC and the fact that the PRC has accepted this current version of the in-store notice, concludes that the in-store notice meets the requirements of the Statement and hereby approves it for use in the product distribution.

In addition, pursuant to the Statement, Defendants were also to submit to the PRC for comment, and to the Special Master for approval, the period during which the in-store notice will be displayed.  (Statement, ¶b)  At the October 2, 2008 PRC meeting at which the in-store notice was considered, Defendants stated that the in-store notice will be displayed beginning five days before the product distribution is scheduled to commence, and will remain on display for the duration of the distribution.  The PRC approved that timing, and, having considered the various comments made by defendants and the members of PRC, the Special Master concludes that the timing of the display of the in-store notice, as proposed by Defendants, is appropriate.

Thus, the Special Master hereby reports that it has approved the in-store notice, and that it has approved the display of the in-store notice beginning five days before the product distribution commences and continuing for the duration of the distribution, and recommends that the foregoing be approved by the Court.

C.    Review of the Month in Which the Distribution Will Take Place

The Statement provides that the Special Master "will be responsible for reviewing and approving the month of the year in which the distribution of [products] will actually take place." (Statement, ¶d).  At the first PRC meeting, held on January 16, 2008, Defendants advised that they intend to commence the product distribution within the month of January 2009.

The selection of the month of January for the product distribution is consistent with Revised Exhibit C to the Settlement Agreement, which was approved as part of the settlement of this case, and which contemplated that the distribution will take place within the month of January.  Both the parties and the PRC continue to consider that month to be acceptable.  Accordingly, the Special Master concludes that the month of January is acceptable and appropriate for the distribution.

Thus, the Special Master hereby reports that it has approved January as the month within which the distribution will take place, and recommends that the foregoing be approved by the Court.

III.

CONCLUSION

For the reasons set forth above, the Special Master recommends that the Court approve and adopt this Report and Recommendation (1) approving the products to be distributed in the product distribution; (2) approving the in-store notice and the timing of its display; and (3) approving the month in which the product distribution will take place.

DECEMBER 5, 2008
Dated November ___, 2008

LAW OFFICES OF CHARLES RENFREW

SPECIAL MASTER'S REPORT AND RECOMMENDATION -- CASE NO. 4:03 CV-03359 SBA

8

_Charles B. Renfrew_

The Honorable Charles B. Renfrew
Special Master

RECEIVED, ADOPTED AND SO ORDERED

_Sandra B. Armstrong_

Sandra Brown Armstrong
United States District Judge

Dated:  12/18/08

# EXHIBIT A

1   GUIDO SAVERI (No. 22349)
    R. ALEXANDER SAVERI (No. 173102)
2   LISA SAVERI (No. 112043)
    SAVERI & SAVERI, INC.
3   111 Pine Street, Suite 1700
    San Francisco, California 94111-5619
4   Telephone: (415) 217-6810

5   Attorneys for Class Plaintiffs

6   FREDERIC W. YERMAN (admitted *pro hac vice*)
    DAVID S. COPELAND (admitted *pro hac vice*)
7   KARIN E. GARVEY (admitted *pro hac vice*)
    KAYE SCHOLER LLP
8   425 Park Avenue
    New York, New York 10022
9   Telephone: (212) 836-8000

10  Attorneys for Defendant The Estée Lauder Companies Inc.
    (Additional Counsel Listed on Signature Page)

11

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   (OAKLAND DIVISION)

15  FATEMAH AZIZIAN, et al.          )  Civil No. 3:03 CV-03359 SBA
                                     )
16              Plaintiffs,          )  **CLASS ACTION**
                                     )
17      vs.                          )  **STATEMENT OF THE PARTIES, THE**
                                     )  **COORDINATED OBJECTORS AND**
18  FEDERATED DEPARTMENT STORES,     )  **OBJECTING STATES CONCERNING**
    INC., et al.                     )  **THE ADEQUACY OF THE PROPOSED**
19                                   )  **SETTLEMENT AND PLAN OF**
              Defendants.            )  **DISTRIBUTION**
20                                   )
                                     )  Date:    March 8, 2005
21                                   )  Time:    1:00 p.m.
                                     )  Place:   Courtroom 3, 3rd Floor
22                                   )  Judge:   Hon. Saundra B. Armstrong
                                     )
23                                   )

24

25

26

27

28

51356.1

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

**EXHIBIT A**

1           Pursuant to the Court's directive at the January 11, 2005 hearing, counsel for

2   the Coordinated Objectors,[1] the state Attorneys General[2] ("A.G.s"), the Class Plaintiffs[3] and

3   the Defendants[4] have met and hereby report to the Special Master the agreements they have

4   reached concerning the plan of distribution for the proposed settlement.

5           The parties and the undersigned objectors have agreed to modifications to the

6   plan of distribution that have resulted in their supporting final approval of the settlement,

7   including the plan of distribution.  Their agreement is as follows:

8           a.     The plan of distribution will be modified to permit each Class

9   member[5] to obtain only one DSCP[6] from the Manufacturer Defendant of his or her choice.

10

---

11  [1]    The Coordinated Objectors, as referred to herein, are:  Tamara Mixon, Robby G.
12  Fletcher, Aaron Jordan, Sharon A. Harris, Brenda Matthews, Mary Swift, Jennifer R. Hill,
    Jeanine M. Schewenberg, Patricia Corbin, Jane Curtman-Schroeder, Shiela Horn, Lisa M.
13  Rice, Joyce Sproule, Wendy Bullock, Susan Casenza, Valerie Theng-Matherne, Nikki
    Gibson, and Patricia Corbins. These objectors are 13 of the 16 groups of private objectors
14  who are represented by counsel. Although Hannah Feldman and Grace Wright have joined
    in some briefing as Coordinated Objectors, they, through their counsel John Pentz and
15  Steven Helfand, do not join in this submission. Richard LeClair, representing objector
    Kamela Wilkinson, was unable to reach his client in advance of the filing deadline and does
16  not currently join in this submission.

    [2]    The A.G.s of the following states are represented in this objection:  Alabama,
17  Arizona, Colorado, Hawaii, Kansas, Massachusetts, Mississippi, New Mexico,
    Pennsylvania, Tennessee and Wisconsin.
18
    [3]    The named plaintiffs are:  Fatemah Azizian, Soraya Farrah, Eunice Fey, Rose
19  Gonzales, Kazuko Y. Morgan, Nicola Nelson-Torres, Judith Pogran, Shirley Powell,
    Monique Patrick, Pamela Powell and Rose Skillman.
20
    [4]    The term "defendants" encompasses the Department Store Defendants and the
21  Manufacturer Defendants. The Department Store Defendants herein are:  Federated
    Department Stores, Inc. ("Federated"), The Neiman-Marcus Group, Inc. ("Neiman-
22  Marcus"), Nordstrom, Inc. ("Nordstrom"), The May Department Stores Company
    ("May"), Saks Incorporated, Gottschalks, Inc. ("Gottschalks"), Target Corporation, and
23  Dillard's Inc. ("Dillard's").  The Manufacturer Defendants herein are:  The Estée Lauder
    Companies Inc. ("Estée Lauder"), L'Oréal USA, Inc. ("L'Oréal"), Conopco, Inc.
24  ("Conopco"), Christian Dior Perfumes, Inc. ("Dior"), Guerlain, Inc. ("Guerlain"),
    Parfums Givenchy, Inc. ("Givenchy"), Boucheron (USA) Ltd. ("Boucheron"), Chanel, Inc.
25  ("Chanel"), and Clarins U.S.A., Inc. ("Clarins").

    [5]    The proposed Settlement Class, which the Court preliminarily certified in an order
26  dated September 21, 2003, is as follows:

27      All persons who currently reside in the United States and who purchased
        Department Store Cosmetic Products in the United States, which products
28      were manufactured, distributed and/or sold by the Manufacturer Defendants
        or Department Store Defendants, at any time during the period May 29,

51356.1                -1-

---

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1    In the event that the Manufacturer Defendant from which the Class member had previously

2    purchased products has run out of DSCPs to be distributed, the Class member may obtain a

3    DSCP that is being distributed by another Manufacturer Defendant.

4              b.    The parties and objectors agree that, in addition to the back-end

5    published distribution notice, the Department Store Defendants will display at prominent

6    places in the cosmetic departments of their stores a written notice that will describe the

7    distribution, including the limit of one DSCP per customer. This in-store notice will be

8    consistent with the back-end published notice. The content of the in-store notice and the

9    period during which it will be displayed shall be submitted by Defendants to the Special

10   Master for approval and to the Product Review Committee ("PRC") described below for

11   comment at least 90 days prior to the commencement of the distribution.

12             c.    The parties and objectors agreed to create a PRC that would consist of

13   three persons from among the counsel representing Class Plaintiffs, one counsel

14   representing the state A.G.s, and one counsel representing the Coordinated Objectors. The

15   PRC will review the DSCPs to be distributed by Defendants to ensure that the DSCPs are

16   consistent, in value, quality and desirability, with the products that heretofore have been

17   presented to the Special Master and the Court in connection with this settlement approval

18   process, and with the terms of the Settlement Agreement. Pursuant to Fed. R. Civ. P. 53,

19   the Special Master will make a report, order or recommendation, which the Court shall

20   review pursuant to that rule. The schedule for the PRC's meetings will be worked out prior

21   to the time of final product selection.

22

23        1994 through July 16, 2003 (the "Class Period"). Excluded from this
          Settlement Class are all employees, officers, directors or agents (including
24        attorneys) of any defendants, as well as any judge, justice or judicial officer
          presiding over this matter, and each such person's immediate family.
25   6
          DSCPs are defined in paragraph 2 of the settlement agreement herein as high-end,
26   prestige or specialty beauty and cosmetic products and product lines (including color
     products, treatment and fragrances) sold by the Manufacturer Defendants under various
27   brand names from May 29, 1994 through July 16, 2003. These products are sold primarily
     through traditional department and/or specialty stores and not through mass distribution
28   channels.

     51356.1                              -2-
     STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
     SETTLEMENT AND PLAN OF DISTRIBUTION

1          d.     The Special Master will also be responsible for reviewing and

2    approving the month of the year in which the distribution of DSCPs will actually take place.

3    Dated:  February 23, 2005

4                                                   Respectfully submitted,

5

6                                      By:     /s/ Guido Saveri

7                                              GUIDO SAVERI (22349)
                                               R. ALEXANDER SAVERI (173102)
8                                              LISA SAVERI (112043)
                                               SAVERI & SAVERI, INC.
9                                              111 Pine Street, Suite 1700
                                               San Francisco, CA 94111-5619
10                                             Telephone: (415) 217-6810

11                                             FRANCIS O. SCARPULLA (41059)
                                               LAW OFFICES OF FRANCIS O.
12                                                 SCARPULLA
                                               44 Montgomery Street, Suite 3400
13                                             San Francisco, CA 94104
                                               Telephone: (415) 788-7210
14
                                               WILLIAM BERNSTEIN (65200)
15                                             JOSEPH R. SAVERI (194857)
                                               MICHELE C. JACKSON (90807)
16                                             LIEFF, CABRASER, HEIMANN &
                                                   BERNSTEIN
17                                             Embarcadero Center West
                                               275 Battery Street, 30th Floor
18                                             San Francisco, CA 94111
                                               Telephone: (415) 956-1000
19
                                               JOSEF D. COOPER (53015)
20                                             TRACY R. KIRKHAM (69913)
                                               COOPER & KIRKHAM, P.C.
21                                             655 Montgomery Street, 17th Floor
                                               San Francisco, CA 94111
22                                             Telephone: (415) 788-3030

23                                             JOSEPH M. ALIOTO (42680)
                                               THERESA MOORE (99978)
24                                             ANGELINA GRACE (206899)
                                               THE ALIOTO LAW FIRM
25                                             555 California Street, 31st Floor
                                               San Francisco, CA 94104
26                                             Telephone: (415) 434-8900

27

28

51356.1                                    -3-
STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1    DANIEL J. MOGIN (95624)
     THE MOGIN LAW FIRM, P.C.
2    110 Juniper Street
     San Diego, CA 92101-1502
3    Telephone: (619) 687-6611

4    J. GARRETT KENDRICK (61698)
     KENDRICK & NUTLEY
5    468 North Camden Drive, Suite 200
     Beverly Hills, CA 90210
6    Telephone: (310) 858-5571

7    TERRY GROSS (103878)
     GROSS & BELSKY
8    180 Montgomery Street, Suite 2200
     San Francisco, CA 94111
9    Telephone: (415) 544-0200

10   W. TIMOTHY NEEDHAM (95642)
     JANSSEN, MALLOY, NEEDHAM,
11       MORRISON & KOSHKIN
     730 Fifth Street
12   Post Office Drawer 1288
     Eureka, CA 95502
13   Telephone: (707) 445-2071

14   GRETCHEN M. NELSON (112566)
     LAW OFFICES OF GRETCHEN M.
15       NELSON
     707 Wilshire Boulevard, Suite 5000
16   Los Angeles, CA 90017
     Telephone: (213) 622-6469
17
     ROBERT DISKINT
18   CRITCHLOW & DISKINT
     938 B Street
19   San Rafael, CA 94901
     Telephone: (415) 721-7900
20
     MICHAEL J. FLANNERY
21   THE DAVID DANIS LAW FIRM, PC
     8235 Forsyth Boulevard, Suite 1100
22   St. Louis, MO 63105
     Telephone: (314) 725-7700
23
     JOHN H. BOONE
24   THE LAW OFFICES OF JOHN H.
         BOONE
25   555 California Street, 31st Floor
     San Francisco, CA 94104
26   Telephone: (415) 434-1133

27

28

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

SUSAN TAYLOR
MILBERG, WEISS, BERSHAD,
      HYNES & LERACH, L.L.P.
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-3356
Telephone: (619) 231-1058

CRAIG C. CORBITT (83250)
ZELLE, HOFMANN, VOELBEL
      MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

JOHN L. BURRIS (69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport, Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5200

FREDERICK P. FURTH (38438)
MICHAEL LEHMANN (77152)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070

ALAN R. PLUTZIK (77785)
BRAMSON, PLUTZIK, MAHLER &
      BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200

51356.1                    -5-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1   JOHN W. ALLURED (84770)
    LAW OFFICES OF JOHN W.
2       ALLURED
    One Maritime Plaza, Suite 1040
3   San Francisco, California 94111
    Telephone: (415) 675-2960
4
    **Counsel for Class Plaintiffs**
5

6   By:    /s/ Mitchell A. Toups
           Mitchell A. Toups
7          WELLER, GREEN, TOUPS,
              TERRELL, L.L.P.
8          Post Office Box 350
           Beaumont, Texas 77704
9          Telephone: (409) 838-0101
           Facsimile: (409) 832-8577
10         matoups@wgttlaw.com

11         Michael A. Caddell
           John B. Scofield, Jr.
12         CADDELL & CHAPMAN
           1331 Lamar, Suite 1070
13         Houston, Texas 77010-3027
           Telephone: (713) 751-0400
14         Facsimile: (713) 751-0906
           mac@caddellchapman.com
15         jbs@caddellchapman.com

16         Steven C. Finley
           FINLEY & DEATON
17         425 California Street, 19th Floor
           San Francisco, California 94104
18         Telephone: (415) 296-0111
           (415) 644-0100
19         Facsimile: (415) 296-7111
           finley@finleydeaton.com
20

21         Robert W. Bishop
           BISHOP & ASSOCIATES, P.S.C.
22         6520 Glenridge Park, Suite 6
           Louisville, Kentucky 40213
23         Telephone: (502) 425-2600
           Facsimile: (502) 425-9115
24         firm@bishoplegal.net
           joe@bishoplegal.net
25
           Bryan D. Marcus, Esq.
26         BRYAN D. MARCUS, P.C.
           26400 Lahser Road, Suite 215
27         Southfield, Michigan 48034
           Telephone: (248) 354-4121
28         Facsimile: (248) 354-7367
           bluexdom@comcast.net

51356.1                    -6-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1
2   Mr. Dennis Gibson
    Ms. Nikki Gibson
3   GIBSON, MCCLURE, WALLACE
        & DANIELS, L.L.P.
4   8080 N. Central Expressway, Suite 1300
    Dallas, Texas 75206
5   Frank H. Tomlinson
6   PRITCHARD, MCCALL
        & JONES, L.L.C.
7   800 Financial Center
    Birmingham, Alabama 35203
8   Telephone: (205) 328-9190
    Facsimile: (205) 458-0035
9   hilton@pm-j.com
10  N. Albert Bacharach, Jr.
    115 N.E. 6th Ave.
11  Gainesville, Florida 32601
    Telephone: (352) 378-9859
12  Facsimile: (352) 338-1858
    NABacharach@worldnet.att.net
13  Edward W. Cochran
14  2872 Broxton Road
    Shaker Heights, Ohio 44120
15  Telephone: (216) 751-5546
    Facsimile: (216) 751-6630
16  cochranjd@msn.com
17  Paul S. Rothstein
    Attorney at Law
18  626 N.E. First Street
    Gainesville, Florida 32601
19  Telephone: (352) 376-7650
    Facsimile: (352) 374-7133
20  paul.s.rothstein@att.net
    Jeanine M. Schweinberg
21  Charles M. Thompson
22  CHARLES M. THOMPSON &
    ASSOCS.
23  5130 Cyrus Circle
    Birmingham, Alabama 35242
24  Telephone: (205) 995-0068
    Facsimile: (205) 995-1050
25  CMTLAW@aol.com
    www.victimlaw.com
26
27
28

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

J. Scott Kessinger
7304 Michigan Avenue
Saint Louis, Missouri 63111
Telephone: (314) 369-5115
Facsimile: (314) 754-8370
jskess@charter.net

Kearney Dee Hutsler
KEARNEY DEE HUTSLER, P.C.
The Overlook Bldg., Ste. 250
3620 8th Ave. South
Birmingham, Alabama 35222
Telephone: (205) 324-8282
Facsimile: (205) 324-8284
kdhlaw@bellsouth.net

Paul D. Wexler
BRAGAR WEXLER EAGLES
    & MORGENSTERN, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Wexler@bragarwexler.com

LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, Illinois 60606
Telephone: (312) 346-7950
Facsimile: (312) 346-5777
ldrurylaw@aol.com

Andrew James Kopp
LAW OFFICE OF ANDREW J. KOPP
400 29th Street, Suite 518
Oakland, California 94609
Telephone: (510) 763-9504
Facsimile: (510) 763-3322
kopplaw@pacbell.net

Steven B. Witman
LAW OFFICES OF STEVEN B.
WITMAN
3850 North Causeway Blvd., Suite 1960
Metairie, Louisiana 70002
Telephone: (504) 836-2200
Facsimile: (504) 836-2201
switman@witmanlaw.com

51356.1

-8-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

R. Stephen Griffis
R. STEPHEN GRIFFIS, P.C.
2142 Highland Avenue South
Birmingham, Alabama 35205
Telephone:  (205) 939-6400
Facsimile: (205) 939-4346
rsglaw@bellsouth.net

John H. McKinley
BROWN, HALL, SHORE
    & MCKINLEY, LLP
3031 West March Lane, Suite 230 West
Stockton, California 95219-6500
Telephone:  (209) 477-8171
Facsimile: (209) 477-2549
jmckinley@bhsmck.com

Nicholas M. Fausto
617 Stokes Road, Suite 4-150
Medford, New Jersey 08055
Telephone:  (215) 735-5787
Facsimile: (609) 714-2644
email: nfausto@comcast.net

**Counsel for Coordinated Objectors**

51356.1                                   -9-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

```
1
2                         By:   /s/ Fredric W. Yerman
3                               Fredric W. Yerman
                                David S. Copeland
4                               Karin E. Garvey
                                Kaye Scholer LLP
5                               425 Park Avenue
                                New York, New York 10022
6                               Telephone: (212) 836-8000
                                Facsimile: (212) 836-8689
7
                                Michael W. Bien
8                               Rosen, Bien & Asaro, LLP
                                155 Montgomery Street, 8th Floor
9                               San Francisco, California 94104
                                Telephone: (415) 433-6830
10                              Facsimile: (415) 433-7104
11                              Penelope A. Preovolos, Esq.
                                Terri Garland, Esq.
12                              Kristin J. Moody, Esq.
                                MORRISON & FOERSTER, LLP
13                              425 Market Street
                                San Francisco, California 94105
14                              Telephone: (415) 268-7000
                                Facsimile: (415) 268-7522
15
                                Bruce H. Jackson, Esq.
16                              Christopher Van Gundy, Esq.
                                BAKER & MCKENZIE
17                              Two Embarcadero Center, Suite 2400
                                San Francisco, California 94111
18                              Telephone: (415) 576-3000
                                Facsimile: (415) 576-3099
19
                                James T. Fousekis, Esq.
20                              PIPER RUDNICK LLP
                                333 Market Street, Suite 3200
21                              San Francisco, California 94105
                                Telephone: (415) 777-3999
22                              Facsimile: (415) 442-0839
23                              Phillip A. Proger, Esq.
                                JONES, DAY, REAVIS & POGUE
24                              51 Louisiana Ave., N.W.
                                Washington, DC 20001-2113
25                              Telephone: (202) 879-3939
                                Facsimile: (202) 626-1700
26
27
28
```

51356.1                              -10-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1            Joel S. Sanders, Esq.
2            G. Charles Nierlich, Esq.
GIBSON, DUNN & CRUTCHER, LLP
3            One Montgomery Street
Telesis Tower, 26th Floor
4            San Francisco, California 94104
Telephone: (415) 393-8200
5            Facsimile: (415) 986-5309

6            Donn P. Pickett, Esq.
Holly A. House, Esq.
7            Marta Miyar, Esq.
BINGHAM MCCUTCHEN LLP
8            Three Embarcadero Center
San Francisco, California 94111
9            Telephone: (415) 393-2000
Facsimile: (415) 393-2286
10

James L. McGinnis, Esq.
11           SHEPPARD, MULLIN, RICHTER
               & HAMPTON, LLP
12           Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
13           Telephone: (415) 434-9100
Facsimile: (415) 434-3947
14

Peter J. Venaglia, Esq.
15           Teresa Boyle, Esq.
DORNBUSH MENSCH
16           MANDELSTAM & SCHAEFFER, LLP
747 Third Avenue
17           New York, New York 10017
Telephone: (212) 759-3300
18           Facsimile: (212) 753-7673

19           Robert Oppenheim, Esq.
COBLENCE & WARNER
20           415 Madison Avenue
New York, New York 10017
21           Telephone: (212) 593-8382
Facsimile: (212) 593-9058
22

Amy Anne Stathos, Esq.
23           Jeffrey A. LeVee, Esq.
JONES, DAY, REAVIS & POGUE
24           555 West Fifth Street, Suite 4600
Los Angeles, California 90013
25           Telephone: (213) 489-3939
Facsimile: (213) 243-2539
26

27

28

51356.1                                 -11-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1   Ronald J. Dolan, Esq.
    Betty T. Tierney, Esq.
2   The May Department Stores Company
    611 Olive Street
3   St. Louis, Missouri 63101
    Telephone: (314) 342-6512
4   Facsimile: (314) 342-3066

5   Garry L. Halling, Esq.
    Thomas D. Nevins, Esq.
6   SHEPPARD, MULLIN, RICHTER
         & HAMPTON, LLP
7   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111
8   Telephone: (415) 434-9100
    Facsimile: (415) 434-3947
9

10  J. Thomas Rosch, Esq.
    Karen E. Silverman, Esq.
11  Ellen K. Brown, Esq.
    LATHAM & WATKINS
12  505 Montgomery Street, Suite 1900
    San Francisco, California 94111
13  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095

14  E. Perry Johnson
15  BRYAN CAVE LLP
    One Metropolitan Square
16  211 North Broadway, #3600
    St. Louis, Missouri 63102
17  Telephone: (314) 259-2000
    Facsimile: (314) 259-2020

18  Aton Arbisser, Esq.
19  KAYE SCHOLER LLP
    1999 Avenue of the Stars, Suite 1600
20  Los Angeles, California 90076
    Telephone: (310) 788-1000
21  Facsimile: (310) 788-1200

22  Bruce Colbath, Esq.
    Sharon Selby, Esq.
23  WEIL, GOTSHAL & MANGES, LLP
    767 Fifth Avenue
24  New York, New York 10153
    Telephone: (212) 310-8000
25  Facsimile: (212) 310-8007

26

27

28

51356.1                          -12-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Larry S. Gangnes, Esq.
Nancy W. Anderson, Esq.
LANE, POWELL, SPEARS,
LUBERSKY, LLP
1420 Fifth Ave., Suite 4100
Seattle, Washington 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

Peter H. Goldsmith, Esq.
Ariela Freed, Esq.
LEGAL STRATEGIES GROUP
5905 Christie Ave.
Emeryville, California 94608
Telephone: (510) 450-9600
Facsimile: (510) 450-9601

Anita F. Stork, Esq.
COOLEY GODWARD LLP
One Maritime Plaza, 20th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 951-3699

Jeffrey G. Knowles, Esq.
A. Marisa Chun, Esq.
COBLENTZ, PATCH, DUFFY
& BASS, LLP
1 Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Robert A. Weikert, Esq.
Marlene J. Williams, Esq.
THELEN REID & PRIEST, LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Elizabeth R. Geise, Esq.
Matthew W. Hoffman, Esq.
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

51356.1

-13-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Elizabeth A. Bousquette, Esq.
Robert J. Dwyer, Esq.
BRYAN CAVE LLP
245 Park Avenue
New York, New York 10167-0034
Telephone: (212) 692-1800
Facsimile: (212) 692-1900

Samuel R. Miller, Esq.
M. Kay Martin, Esq.
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery St., 23rd Floor
San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Peter Goldsmith, Esq.
TOWNSEND & TOWNSEND &
CREW
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

**Counsel for Defendants**

By: /s/ Jennifer S. Kirk
Thomas W. Corbett, Jr.
Attorney General
James A. Donahue, III
Chief Deputy Attorney General
Jennifer Kirk (Bar No. 90544)
Deputy Attorney General
Commonwealth of Pennsylvania
Office of Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120
Telephone: (717) 787-4530
Facsimile: (717) 705-7110

Troy King
Attorney General of Alabama
by: Jeff Long
Assistant Attorney General
11 South Union Street
Montgomery, Alabama 36130
Telephone: (334) 353-8035

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1   Terry Goddard
    Attorney General of Arizona
2   by: James Walsh
    Chief, Deputy Attorney General
3   Emma Lehner
    Assistant Attorney General
4   Office of the Attorney General
    1275 West Washington Street
5   Phoenix, Arizona 85007-2926
    Telephone:  (602) 542-7752
6
    Ken Salazar
7   Attorney General of Colorado
    by: Jan Michael Zavislan
8   Deputy Attorney General for Consumer
    Protection
9   1525 Sherman Street
    Denver, CO  80203
10  Telephone:  (303) 866-4745

11  Mark J. Bennett
    Attorney General of Hawaii
12  by: Rodney I. Kimura
    Deputy Attorney General
13  425 Queen Street
    Honolulu, Hawaii 96813
14  Telephone:  (808) 586-1108

15  Phill Kline
    Attorney General of Kansas
16  by: Karl R. Hansen
    Assistant Attorney General
17  120 S.W. 10th Avenue, 2d Floor
    Topeka, Kansas 66612-3751
18  Telephone:  (785) 296-3751

19  Thomas F. Reilly
    Attorney General
20  Commonwealth of Massachusetts
    by: Jesse M. Caplan
21  Assistant Attorney General
    Consumer Protection & Antitrust
22  Division
    One Ashburton Place, 19th Floor
23  Boston, Massachusetts 02108
    Telephone:  (617) 727-2200
24
    Jim Hood
25  Attorney General of Mississippi
    by: Sondra Simpson McLemore,
26  Special Assistant Attorney General
    Consumer Protection Division
27  P.O. Box 22947
    Jackson, Mississippi 39225
28  Telephone:  (601) 359-3748

51356.1                          -15-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Patricia A. Madrid
Attorney General of New Mexico
by: Deyonna Young
Assistant Attorney General
111 Lomas Boulevard NW, Suite 300
Albuquerque, New Mexico 87102
Telephone: (505) 222-9089

Paul G. Summers
Attorney General and Reporter of
Tennessee
by: Dennis J. Garvey
Deputy Attorney General
Elizabeth Martin
Senior Counsel
Antitrust Division
425 5th Avenue North
Nashville, Tennessee 37243
Telephone: (615) 741-3694

Peggy A. Lautenschlager
Attorney General of Wisconsin
by: Eric J. Wilson
Assistant Attorney General
Office of the Attorney General
P.O. Box 7857
17 West Main Street
Madison, WI 53703-7857
Telephone: (608) 266-8986

**Counsel for Objecting States**

51356.1           -16-

STATEMENT OF PARTIES AND OBJECTORS CONCERNING THE ADEQUACY OF THE PROPOSED
SETTLEMENT AND PLAN OF DISTRIBUTION

# EXHIBIT B

Legal Notice

<div style="border:2px solid">

## If You Purchased Department Store Cosmetics or Fragrance Products at Certain Department Stores during the period May 29, 1994 through July 16, 2003,

You may be entitled to obtain, on a first come, first served basis, a free product under an approved class action settlement. Products will be available starting January 20, 2009 at this store and participating stores identified at www.cosmeticssettlement.com.

</div>

## Which Cosmetics and Fragrance Products Were Included in the Lawsuit?

This lawsuit involved high-end, or specialty beauty and cosmetic products and product lines, including color products (such as foundation, eye shadow and lipsticks), treatments (such as skin creams and moisturizers) and fragrances sold in certain department stores ("Department Store Cosmetics"). These products are manufactured, distributed and/or sold by the Manufacturer Defendants through the Retailer Defendants' department stores.

## What Do I Have to do to Get Free Cosmetics?

• Have purchased Department Store Cosmetics or Fragrances at this or other Department Stores between May 29, 1994 through July 16, 2003 and you did not previously exclude yourself.

• Visit a participating Department Store starting on January 20, 2009 but only while supplies last, to claim your product.

• Sign a form at the time you receive your product stating that you are a member of the class.

• Not be an employee, officer, director, agent or attorney of any Defendant, or the judge presiding over this matter or a member of each such person's immediate family.

## What Free Products Are Being Provided?

$175 million worth of free cosmetics and fragrance products are being provided. See list of brands to be distributed on right.

The products will be distributed on
a **first come, first served** basis,
**while supplies last**, and
no rain checks will be provided.

### One (1) Item Per Customer.
### NO RETURNS – NO EXCHANGES

**Boucheron (USA) Ltd.:**
Boucheron

**Chanel, Inc.:**
Chanel

**Christian Dior Perfumes, Inc.:**
Christian Dior

**Clarins U.S.A., Inc.:**
Clarins

**Coty, Inc. (on behalf of Conopco Inc.):**
Calvin Klein
Vera Wang
Sarah Jessica Parker

**The Estée Lauder Companies, Inc.:**
Estée Lauder
Clinique

**Guerlain, Inc.:**
Guerlain

**L'Oréal USA, Inc.:**
Lancôme
Ralph Lauren
Giorgio Armani

**Parfums Givenchy, Inc.:**
Givenchy

## ALL BRANDS ARE NOT AVAILABLE IN ALL STORE LOCATIONS

**EXHIBIT B**